THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CASE NO: 5:04-cv-00410-BO

NORTH CAROLINA MEDICAL
SOCIETY,

        Plaintiff,

vs.

UNITED HEALTHGROUP INC.,
UNITED HEALTHCARE OF NORTH
CAROLINA, INC., and MAMSI LIFE AND
HEALTH INSURANCE COMPANY,

        Defendants.     /

## ORDER STAYING ACTION

THIS CAUSE came before the Court upon the parties' joint Notice of Settlement Term Sheet Execution & Request to Stay [ECF No. 34], filed February 23, 2015 (the "Notice').

THE COURT has considered the Notice, the pertinent portions of the record and being otherwise fully advised in the premises, it is

**ADJUDGED** that the request to stay is **GRANTED** until such time as the parties notify the Court that the settlement agreement in this case has been executed.

DONE AND ORDERED in Chambers in Elizabeth City, North Carolina, this ____ day of March, 2015.

                                            TERRENCE W. BOYLE
                                            United States District Judge

**COPIES PROVIDED TO COUNSEL OF RECORD**